# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: June 16, 2021<br>Index # 1:21-cv-02714-WFK-LB |

*Jessica Garcia, Individually and On Behalf of Others Similarly Situated* — Plaintiff

against

*La Gran Colombia Bakery Inc d/b/a La Nueva Colombia., et al* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 17, 2021_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law on

_____La Gran Colombia Bakery & Pizzeria, Inc_____, the Defendant in this action, by delivering to and leaving with _____Colleen Banahan_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __35-40__  Approx. Wt: __Over 200__  Approx. Ht: __5' 4" - 5' 8"__
Color of skin: __White__  Hair color: __Brown__  Sex: __Female__  Other: _____

Sworn to before me on this
__17th__ day of June 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
Attny's File No.
Invoice•Work Order # S1861408

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*