UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA GARCIA *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>LA GRAN COLOMBIA BAKERY INC. D/B/A LA NUEVA COLOMBIA, LA GRAN COLOMBIA BAKERY & PIZZERIA INC. D/B/A LA NUEVA COLOMBIA, ALEX CASTRO, and NADIA ALMADA,<br><br>*Defendants.* | Case No. **21-cv-2714(WFK)**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Alex Castro has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Alex Castro is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      August 30, 2021

                                              **DOUGLAS C. PALMER**
                                                Clerk of the Court

                                 By: ____*Jalitza Poveda*____
                                            Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA GARCIA *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>LA GRAN COLOMBIA BAKERY INC. D/B/A LA NUEVA COLOMBIA, LA GRAN COLOMBIA BAKERY & PIZZERIA INC. D/B/A LA NUEVA COLOMBIA, ALEX CASTRO, and NADIA ALMADA,<br><br>*Defendants.* | Case No. **21-cv-2714**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant La Gran Colombia Bakery Inc. d/b/a La Nueva Colombia has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant La Gran Colombia Bakery Inc. d/b/a La Nueva Colombia is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       August 30, 2021

                                          **DOUGLAS C. PALMER**
                                             Clerk of the Court

                               By: _Jalitza Poveda_____
                                           Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JESSICA GARCIA *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>LA GRAN COLOMBIA BAKERY INC. D/B/A LA NUEVA COLOMBIA, LA GRAN COLOMBIA BAKERY & PIZZERIA INC. D/B/A LA NUEVA COLOMBIA, ALEX CASTRO, and NADIA ALMADA,<br><br>*Defendants.* | Case No. **21-cv-2714**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Nadia Almada has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Nadia Almada is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      August 30, 2021

                                                            **DOUGLAS C. PALMER**
                                                            Clerk of the Court

                                                  By: _____*Jalitza Poveda*_____
                                                                   Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JESSICA GARCIA *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>LA GRAN COLOMBIA BAKERY INC. D/B/A LA NUEVA COLOMBIA, LA GRAN COLOMBIA BAKERY & PIZZERIA INC. D/B/A LA NUEVA COLOMBIA, ALEX CASTRO, and NADIA ALMADA,<br><br>*Defendants.* | Case No. **21-cv-2714**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant La Gran Colombia Bakery & Pizzeria Inc. d/b/a La Nueva Colombia has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant La Gran Colombia Bakery & Pizzeria Inc. d/b/a La Nueva Colombia is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
August 30, 2021

**DOUGLAS C. PALMER**
Clerk of the Court

By: ___*Jalitza Poveda*___
Deputy Clerk