For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Jessica Garcia** | 5/1/2019 | 5/31/2019 | 4 | 54 | $ 15.00 | $ 22.50 | $ 915.00 | $ 459.00 | $ 8.50 | $ 12.75 | $ 456.00 | $ 1,824.00 | $ 1,824.00 |
| | 6/1/2019 | 6/30/2019 | 4 | 54 | $ 15.00 | $ 22.50 | $ 915.00 | $ 513.00 | $ 9.50 | $ 14.25 | $ 402.00 | $ 1,608.00 | $ 1,608.00 |
| | 7/1/2019 | 9/15/2019 | 11 | 54 | $ 15.00 | $ 22.50 | $ 915.00 | $ 513.00 | $ 9.50 | $ 14.25 | $ 402.00 | $ 4,422.00 | $ 4,422.00 |
| | 9/16/2019 | 10/11/2019 | 4 | 36 | $ 15.00 | $ 22.50 | $ 540.00 | $ 342.00 | $ 9.50 | $ 14.25 | $ 198.00 | $ 792.00 | $ 792.00 |
| | 10/12/2019 | 11/23/2019 | 6 | 45 | $ 15.00 | $ 22.50 | $ 712.50 | $ 427.50 | $ 9.50 | $ 14.25 | $ 285.00 | $ 1,710.00 | $ 1,710.00 |
| | 11/23/2019 | 5/31/2020 | 27 | 43.5 | $ 15.00 | $ 22.50 | $ 678.75 | $ 413.25 | $ 9.50 | $ 14.25 | $ 265.50 | $ 7,168.50 | $ 7,168.50 |
| | 6/1/2020 | 12/31/2020 | 30 | 36 | $ 15.00 | $ 22.50 | $ 540.00 | $ 360.00 | $ 10.00 | $ 15.00 | $ 180.00 | $ 5,400.00 | $ 5,400.00 |
| | 1/1/2021 | 2/4/2021 | 36 | 36 | $ 15.00 | $ 22.50 | $ 540.00 | $ 360.00 | $ 10.00 | $ 15.00 | $ 180.00 | $ 6,480.00 | $ 6,480.00 |
| | | | | | | | | | | | **TOTAL:** | **$ 29,404.50** | **$ 29,404.50** |

| | | |
|---|---|---|
| **NYLL - SOL** | 1/9/2015 | |
| **NYLL Amendment Date** | 4/9/2011 | 1 This chart is based upon preliminary information and the expected testimony of Plaintiffs. |
| **FLSA - SOL** | 5/14/2021 | 2 Plaintiffs reserve the right to correct or amend this chart. |
| **Filing Date** | 1/7/2021 | 3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLS |
| **Today's Date** | 9/10/2021 | |

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Tools of the Trade | Wage Statement | |
| Jessica Garcia | 5/1/2019 | 5/31/2019 | 0 | $ - | $ - | $ 381.64 | $ - | $ 5,000.00 | $ 75.00 | $ 5,000.00 | $ 14,104.64 |
| | 6/1/2019 | 6/30/2019 | 0 | $ - | $ - | $ 324.36 | $ - | | | | $ 3,540.36 |
| | 7/1/2019 | 9/15/2019 | 0 | $ - | $ - | $ 833.65 | $ - | | | | $ 9,677.65 |
| | 9/16/2019 | 10/11/2019 | 0 | $ - | $ - | $ 139.25 | $ - | | | | $ 1,723.25 |
| | 10/12/2019 | 11/23/2019 | 0 | $ - | $ - | $ 286.11 | $ - | | | | $ 3,706.11 |
| | 11/23/2019 | 5/31/2020 | 0 | $ - | $ - | $ 994.38 | $ - | | | | $ 15,331.38 |
| | 6/1/2020 | 12/31/2020 | 0 | $ - | $ - | $ 479.43 | $ - | | | | $ 11,279.43 |
| | 1/1/2021 | 2/4/2021 | 0 | $ - | $ - | $ 376.39 | $ - | | | | $ 13,336.39 |
| | | | | | | | | | | | |
| | | | $ - | $ - | $ - | $ 3,815.21 | $ - | $ 5,000.00 | $ 75.00 | $ 5,000.00 | $ 72,699.21 |

| | | |
|---|---|---|
| NYLL - SOL | 1/9/2015 | |
| NYLL Amendment Date | 4/9/2011 | |
| FLSA - SOL | 5/14/2021 | |
| Filing Date | 1/7/2021 | SA and NYLL. |
| Today's Date | 9/10/2021 | |