**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESSICA GARCIA, *individually and on behalf of others similarly situated,*

      *Plaintiffs*,

  -against-

LA GRAN COLOMBIA BAKERY INC. (D/B/A LA NUEVA COLOMBIA), LA GRAN COLOMBIA BAKERY & PIZZERIA, INC. (D/B/A LA NUEVA COLOMBIA), NADIA ALMADA and ALEX CASTRO,

      *Defendants.*
-----------------------------------------------------------------X

**21-cv-2714**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On May 14, 2021, bthis action was commenced by Plaintiff's filing of the complaint and this Court's issuance of the summons. The summons and Complaint in this action having been duly served on the above-named defendants LA GRAN COLOMBIA BAKERY INC. (D/B/A LA NUEVA COLOMBIA), LA GRAN COLOMBIA BAKERY & PIZZERIA, INC. (D/B/A LA NUEVA COLOMBIA), NADIA ALMADA and ALEX CASTRO, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Michael Faillace and Associates, PC, the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JESSICA GARCIA, ha judgment jointly and severally against the defendants LA GRAN COLOMBIA BAKERY INC. (D/B/A LA NUEVA COLOMBIA), LA GRAN COLOMBIA BAKERY & PIZZERIA, INC. (D/B/A LA NUEVA COLOMBIA), NADIA ALMADA and ALEX CASTRO in the amount of $72,699.21, including compensatory damages

and permissible liquidated damages and pre-judgment interest, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is also awarded attorney's fees in the amount of $3,100.00 and costs in the amount of $665.00, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

This document was entered on the docket on _____.

Dated: _____, 2021

                                          _____
                                          District Judge William F. Kuntz II