UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JESSICA GARCIA, *Individually and on* : 
*behalf of others similarly situated*, :
 :
               Plaintiff, : **ORDER**
 : 21-CV-2714 (WFK) (LB)
    v. :
 :
LA GRAN COLOMBIA BAKERY INC., d/b/a :
La Nueva Colombia., *et al*., :
 :
              Defendants. :
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      The Court hereby SCHEDULES a default judgment hearing in the above-captioned case for Wednesday, December 1, 2021 at 2:00 P.M. The hearing will proceed in Courtroom 6H North before the Honorable William F. Kuntz, II at the United States District Courthouse, 225 Cadman Plaza E, Brooklyn, NY, 11201.

                                             **SO ORDERED.**

                                             s/WFK
                                       HON. WILLIAM F. KUNTZ, II
                                       UNITED STATES DISTRICT JUDGE

Dated: September 24, 2021
       Brooklyn, New York

1